IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-43-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH CHRISTOPHER STEELE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 34). The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d);

THAT a Preliminary Order of Forfeiture was entered on October 29, 2024;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1), and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Heckler and Koch, model USP45, .45 caliber pistol, S/N: 25-154929; and,
- Ammunition and accessories, including 10 rounds of assorted .45 caliber ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court